UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAKER HUGHES INCORPORATED, *et al*, § § § Plaintiffs, § VS. § NALCO COMPANY, § § Defendant. § § § § § | CIVIL ACTION NO. H-09-1885 |

## **ORDER**

This matter comes before this Court on Defendant Nalco Company's Motion to Preclude Testimony of Walter Bratic (Dkt. No. 23). The Court has considered the Motion and determines that it is Moot and, therefore, Denied without prejudice.

SIGNED at Houston, Texas this 1st day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge