# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BAKER HUGHES INCORPORATED, and BAKER PETROLITE CORPORATION<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NALCO COMPANY,<br><br>　　　　Defendant. | Case No. 4:09-cv-01885<br><br>Hon. Kenneth Hoyt<br>　Presiding Judge |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Nalco Company hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order entered in this action on the 11th day of September, 2009, Dkt. No. 35, attached hereto as Exhibit A.

| | |
|---|---|
| Dated: September 15, 2009 | Respectfully submitted, |
| | |
| |     */s/ Jason A. Engel* |
| | |
| | Roderick B. Williams (rick.williams@klgates.com) |
| | Texas Bar No. 21573700 |
| | Southern District Bar No. 941503 |
| | K&L GATES LLP |
| | 111 Congress Avenue, Suite 900 |
| | Austin, Texas 78701 |
| | Telephone: (512) 482-6800 |
| | Facsimile: (512) 482-6859 |
| | |
| | Patricia Kane Schmidt (patricia.schmidt@klgates.com) |
| | Admitted *pro hac vice* |
| | Jason A. Engel (jason.engel@klgates.com) |
| | Admitted *pro hac vice* |
| | K&L GATES LLP |
| | 70 West Madison Street, Suite 3100 |
| | Chicago, Illinois 60602 |
| | Telephone: (312) 372-1121 |
| | Facsimile: (312) 827-8000 |
| | |
| | **ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT NALCO COMPANY** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record electronically pursuant to the Federal Rules of Civil Procedure on the 15th day of September, 2009.

*/s/ Jason A. Engel*
Jason A. Engel