# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## FINAL NOTICE OF DOCKETING

2009-1570 – BAKER HUGHES V NALCO CO

09/24/2009

**United States Courts
Southern District of Texas
FILED**

**SEP 2 8 2009**

**Clerk of Court**

Appeal from: U.S. District Court, Southern District of Texas, Case No. 09-CV-1885

Name of appellant(s): Nalco Company

This notice supersedes the preliminary notice of docketing dated 09/16/2009.

Copies of the notice of appeal and docket entries have now been received from the clerk of the lower court.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Some of these requirements may already have been fulfilled.

Jan Horbaly
Clerk

cc:   Clerk's Office, DCT
      Michael J. Abernathy
      Warren W. Harris