UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NALCO COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-1885 |
| | § | |
| BAKER HUGHES INCORPORATED, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING NALCO'S UNOPPOSED MOTION
TO LIFT STAY, DISSOLVE PRELIMINARY INJUNCTION,
AND SET AN EXPEDITED SCHEDULING CONFERENCE**

Pending before the Court is defendant Nalco's unopposed motion to lift stay, dissolve preliminary injunction, and set expedited scheduling conference (Dkt. No. 140). The Court has considered has considered the motion and good cause being shown, therefore,

It is ORDERED that:

1. The preliminary injunction (Dkt. No. 72) is hereby dissolved.

2. The stay of proceedings (Dkt. No. 104) is lifted.

3. The Court sets a telephone scheduling conference for April 20, 2016, at 8:30 a.m.

SIGNED on this 14th day of April, 2016.

_____
Kenneth M. Hoyt
United States District Judge