United States District Court
Southern District of Texas
**ENTERED**
April 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES INCORPORATED, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-1885 |
| | § | |
| NALCO COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON April 20, 2016 at 8:30 AM

Appearances:   Christopher Aaron Shield
Jonathan R. Spivey
James W. Poradek
James D. Smith
Timothy E. Grimsrud
Kate Razubi

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | October 1, 2016 |
| Report furnished by: | October 1, 2016 |
| Defendant's experts to be designated by: | November 15, 2016 |
| Report furnished by: | November 15, 2016 |
| Discovery to be completed by: | January 30, 2017 |
| Dispositive motions due by: | January 30, 2017 |
| Docket call to be held at 11:30 AM on: | April 3, 2017 |
| Estimated trial time: 5-7 days | Jury Trial |

The following rulings were made:

Pursuant to phone conference, Nalco and Baker Hughes shall reverse positions in this case with Nalco becoming the plaintiff. The plaintiff shall amend its pleadings on or before June 30, 2016. Discovery may be extended by agreement of the parties without Court intervention.

The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

It is so ORDERED.

SIGNED on this 20th day of April, 2016.

                                          Kenneth M. Hoyt
                                          United States District Judge